# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-bk-53614 |
| Jeanine Davis } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:        Jeanine Davis

Street:        1726 Hanford Apt. C

City, State, Zip: Columbus, OH 43206

**Please be advised that effective November 9, 2015
my new mailing address is:**

Name:        Jeanine Davis

Street:        1182 Fairwood Ave

City, State, Zip: Columbus, OH 43206


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on November 9, 2015 to the following:

**Trustee:**
Frank M. Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Jeanine Davis
1182 Fairwood Ave
Columbus, OH 43206

Respectfully Submitted,

/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480