**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 13-bk-53614 |
| Jeanine Davis } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:	Jeanine Davis

Street:	1182 Fairwood Ave

City, State, Zip: Columbus, OH 43206

**Please be advised that effective August 3, 2016**
**my new mailing address is:**

Name:	Jeanine Davis

Street:	2270 Tempest Dr.

City, State, Zip: Columbus, OH 43232

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on August 3, 2016 to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Jeanine Davis
2270 Tempest Dr.
Columbus, OH 43232

                                        Respectfully Submitted,
                                        /s/ Erin E. Schrader
                                        Erin E. Schrader (0078078)
                                        Rauser & Associates
                                        5 East Long St., Suite 300
                                        Columbus, OH 43215
                                        (614) 228-4480